| | |
|---|---|
| 1 | JASON R. BARTLETT (CA SBN 214530) |
| | jbartlett@mkwllp.com |
| 2 | SHERMAN W. KAHN (CA SBN 168924) |
| | skahn@mkwllp.com |
| 3 | MARC J. PERNICK (CA SBN 160591) |
| | MPernick@mkwllp.com |
| 4 | MAURIEL KAPOUYTIAN WOODS, LLP |
| | 1517 North Point Street #454 |
| 5 | San Francisco, California 94123 |
| | Telephone: 415.992.3420 |
| 6 | Facsimile: 415.992.3421 |

Attorneys for Defendant
WILLIAM CHOW

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SWIPE & BITE, INC., a California corporation | Case No.   5:15-CV-3997 |
| Plaintiff, | Santa Clara Superior Court Case No. 1:15-CV-283823 |
| v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| WILLIAM CHOW, an individual; CHRISTOPER TRINH, an individual; SHUK CHOW, an individual; ALICE CHOW, an individual; and DOES 1 to 25, inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: September 1, 2015           MAURIEL KAPOUYTIAN WOODS LLP


                                    By: /s/ Marc J. Pernick
                                        MARC J. PERNICK

                                        Attorneys for Defendant
                                        WILLIAM CHOW

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2015, I caused to be served a true and correct copy of the following:

**CERTIFICATION OF INTERESTED PARTIES OR ENTITIES**

on the following counsel by United States mail and by email:

Jack Russo, Esq.　　　　　　　　　　*Counsel for Plaintiff Swipe & Bite, Inc.*
Christopher Sargent, Esq.
ComputerLaw Group LLP
401 Florence Street
Palo Alto, CA 94301

Date: September 1, 2015

　　　　　　　　　　　　　　　　　　　　　　By: /s/Marc J. Pernick
　　　　　　　　　　　　　　　　　　　　　　Marc J. Pernick