| TO: | **Register of Copyrights** | **REPORT ON THE** |
| --- | --- | --- |
| | **Copyright Office** | **FILING OR DETERMINATION OF AN** |
| | **Library of Congress** | **ACTION ON APPEAL** |
| | **Washington, D.C. 20559** | **REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

(X) ACTION ( ) APPEAL

COURT NAME AND LOCATION
Ronald Dellums Federal Building
1301 Clay Street, Room 400S
Oakland, CA 94612

DOCKET NO: 15-cv-03997-KAW
DATE FILED: September 1, 2015

PLAINTIFF:
Swipe & Bite, Inc.

DEFENDANT:
Chow

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
| --- | --- | --- |
| 1. | See Attached Complaint | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

DATE INCLUDED     INCLUDED BY:
( ) Amendment     ( ) Answer     ( ) Cross Bill     ( ) Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
| --- | --- | --- |
| 1. | See Attached complaint | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED:           WRITTEN OPINION ATTACHED:           DATE RENDERED:
( ) Order   ( ) Judgment      ( ) Yes   ( ) No

*Susan Y. Soong*
Susan Y. Soong, Clerk        (by) Deputy Clerk, Cynthia Lenahan        Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy