| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | JASON R. BARTLETT (CA SBN 214530)<br>jbartlett@mkwllp.com<br>SHERMAN W. KAHN (CA SBN 168924)<br>skahn@mkwllp.com<br>MARC J. PERNICK (CA SBN 160591)<br>MPernick@mkwllp.com<br>MAURIEL KAPOUYTIAN WOODS, LLP<br>1517 North Point Street #454<br>San Francisco, California 94123<br>Telephone: 415.992.3420<br>Facsimile: 415.992.3421 |
| 7<br>8 | Attorneys for Defendant<br>WILLIAM CHOW |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SWIPE & BITE, INC., a California corporation<br><br>        Plaintiff,<br><br>  v.<br><br>WILLIAM CHOW, an individual; CHRISTOPER TRINH, an individual; and DOES 1 to 25, inclusive,<br><br>        Defendants. | Case No.   5:15-CV-3997-KAW<br><br>Santa Clara Superior Court<br>Case No. 1:15-CV-283823<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

CERTIFICATION OF SERVICE

1  Marc J. Pernick certifies and declares as follows:

2  I am over the age of 18 years of age and not a party to this action.

3  My business address is 1517 North Point St. #454, San Francisco, CA 94123.

4  On September 3, 2015, at my direction, a copy of the Notice to Adverse Party of Removal
5  to Federal Court (a copy of which is attached to this Certificate) was deposited in the United
6  States Mail at Los Angeles, California. I also sent that Notice by email to counsel for the Plaintiff
7  in this matter.

8  I declare under penalty of perjury that the foregoing is true and correct.

10  Dated: September 4, 2015           MAURIEL KAPOUYTIAN WOODS LLP

12                                     By: /s/ Marc J. Pernick
13                                         MARC J. PERNICK

14                                         Attorneys for Defendant
                                           WILLIAM CHOW

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2015, I caused to be served a true and correct copy of the following:

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

on the following counsel by United States mail and by email:

Jack Russo, Esq.    *Counsel for Plaintiff Swipe & Bite, Inc.*
Christopher Sargent, Esq.
ComputerLaw Group LLP
401 Florence Street
Palo Alto, CA 94301

Date: September 4, 2015

By: /s/Marc J. Pernick
Marc J. Pernick