JASON R. BARTLETT (State Bar No. 214530)
jbartlett@mkwllp.com
SHERMAN W. KAHN (State Bar No. 168924)
skahn@mkwllp.com
MARC J. PERNICK (State Bar No. 160591)
mpernick@mkwllp.com
MAURIEL KAPOUYTIAN WOODS LLP
1517 North Point St. #454
San Francisco, California 94123
Telephone: (415) 992-3423
Facsimile: (415) 992-3421

Attorneys for Defendants
WILLIAM CHOW

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| SWIPE & BITE, INC.., a California corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM CHOW, an individual; CHRISTOPHER TRINH, an individual; and DOES 1 to 25, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 1:15-CV-283823<br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

1  TO PLAINTIFF SWIPE & BITE, INC. AND ITS ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in

3  the United States District Court for the Northern District of California (San Jose Division) on

4  September 2, 2015. A copy of said Notice of Removal (with attached exhibits) is attached hereto

5  as Exhibit A and is served and filed herewith.

7  Dated: September 2, 2015

    MAURIEL KAPOUYTIAN WOODS LLP

    By _____
        Marc J. Pernick

    Attorneys for Defendant
    WILLIAM CHOW