| | |
|---|---|
| 1 | JASON R. BARTLETT (CA SBN 214530) |
| | jbartlett@mkwllp.com |
| 2 | SHERMAN W. KAHN (CA SBN 168924) |
| | skahn@mkwllp.com |
| 3 | MARC J. PERNICK (CA SBN 160591) |
| | MPernick@mkwllp.com |
| 4 | MAURIEL KAPOUYTIAN WOODS, LLP |
| | 1517 North Point Street #454 |
| 5 | San Francisco, California 94123 |
| | Telephone: 415.992.3420 |
| 6 | Facsimile: 415.992.3421 |

Attorneys for Defendant
WILLIAM CHOW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SWIPE & BITE, INC., a California corporation | Case No. 4:15-cv-03997-KAW |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE BY SHERMAN W. KAHN** |
| WILLIAM CHOW, an individual; CHRISTOPER TRINH, an individual; and DOES 1 to 25, inclusive, | |
| Defendants. | |

1 | TO SWIPE & BITE, INC. AND ITS COUNSEL OF RECORD:

2 |     PLEASE TAKE NOTICE of the appearance of attorney Sherman W. Kahn of the law firm

3 | Mauriel Kapouytian Woods LLP as counsel in this action for Defendant William Chow.

5 | Dated: September 8, 2015        MAURIEL KAPOUYTIAN WOODS LLP

7 |     By: /s/ Sherman W. Kahn
8 |         SHERMAN W. KAHN

9 |     Attorneys for Defendant
    WILLIAM CHOW

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2015, I caused to be served a true and correct copy of the following:

**NOTICE OF APPEARANCE BY SHERMAN W. KAHN**

on the following counsel via the Court's CM/ECF system:

Jack Russo, Esq. *Counsel for Plaintiff Swipe & Bite, Inc.*
Christopher Sargent, Esq.
ComputerLaw Group LLP
401 Florence Street
Palo Alto, CA 94301

Date: September 8, 2015

By: /s/ Sherman W. Kahn
Sherman W. Kahn