UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWIPE & BITE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM CHOW, et al.,<br><br>    Defendants. | Case No. 15-cv-03997-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; ORDER TO SHOW CAUSE** |

On September 14, 2015, the Court issued an order setting a Case Management Conference on December 9, 2015 and requiring the parties to file a Joint Case Management Conference Statement by November 24, 2015. As of today's date, no such statement has been filed. Accordingly, the Case Management Conference scheduled for December 9, 2015 is CONTINUED to January 6, 2016 at 2:00 p.m. The parties are ordered to file a Joint Case Management Statement by December 30, 2015.

On the same date and at the same time, the parties, and each of them, are ORDERED TO SHOW CAUSE why sanctions should not be imposed for their failure to comply with the Court's order regarding the filing of a Joint Case Management Statement. See Fink v. Gomez, 239 F.3d 989, 992 (9th Cir. 2001) (noting that a district court has the inherent authority to impose sanctions for the violation of its orders). A written response to this Order to Show Cause must be filed by December 30, 2015.

On September 2, 2015, the Court issued an order requiring the parties to, *inter alia*, file either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference by November 10, 2015. On December 4, 2015 they filed an ADR Certification of Discussion of ADR Options (ADR L.R. 3-5(b)), but as of yet have not filed a either a Stipulation to ADR Process or a Notice

1 of Need for ADR Phone Conference. They are ordered to file one by December 11, 2015.

2     IT IS SO ORDERED.

3 Dated: December 4, 2015

                                      JON S. TIGAR
                               United States District Judge