UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWIPE & BITE, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>WILLIAM CHOW, et al.,<br><br>  Defendants. | Case No. 15-cv-03997-JST<br><br>**ORDER SETTING HEARING DATE; CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE HEARING** |

On December 7, 2015, Plaintiff Swipe & Bite, Inc. filed a Motion for Certificate of Appealability and requested that the motion be heard on January 6, 2016. See ECF No. 32. Local Rule 7-2 requires that "except as otherwise ordered or permitted . . . all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of the motion." Civil L.R. 7-2. Accordingly, the Court sets the hearing date of January 14, 2016 at 2:00 p.m. The opposition to the motion is due on December 21, 2015, and the reply is due on December 28, 2016. See Civil L.R. 7-3.

The Case Management Conference and Order to Show Cause Hearing scheduled for January 6, 2016 at 2:00 p.m. are both continued to January 14, 2016 to be held after the hearing on the Motion for Certificate of Appealability. All other dates and orders set out in the Court's Order dated December 4, 2015, see ECF No. 29, will remain in effect.

IT IS SO ORDERED.

Dated: December 8, 2015

					_____
					JON S. TIGAR
					United States District Judge