`

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SWIPE & BITE, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM CHOW, an individual; CHRISTOPER TRINH, an individual; and DOES 1 to 25, inclusive,<br><br>Defendants.<br>_____<br>WILLIAM CHOW, an individual<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>SWIPE & BITE, INC., a California corporation; and CHRISTOPER HUTCHISON, an individual,<br><br>Counterclaim Defendants. | Case No.   3:15-cv-03997-JST<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER REGARDING DATES FOR SETTLEMENT CONFERENCE, CASE MANAGEMENT CONFERENCE, ORDER TO SHOW CAUSE, AND MOTION FOR CERTIFICATE OF APPEALABILITY AND BRIEFING RELATED THERETO** |

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 3:15-cv-03997-JST

Pursuant to Local Rule 6-2(b), the parties do hereby stipulate and request an order changing time for certain events as discussed in further detail below.

WHEREAS on December 14, 2015 the Court referred the above-captioned matter to Magistrate Judge Grewal for settlement and continued previously set hearings on a motion for certificate of appealability, case management conference, and order to show cause to February 25, 2016;

WHEREAS the Parties submitted settlement conference statements to Magistrate Judge Grewal and prepared to attend a settlement conference scheduled for January 21, 2016;

WHEREAS the settlement conference was continued due to Magistrate Judge Grewal's unexpected unavailability;

WHEREAS despite the best efforts of the Parties and Magistrate Judge Grewal's chambers, a mutually acceptable alternative date in early February could not be identified;

WHEREAS the interests of efficiency and conservation of judicial resources would be best served if the parties were able to proceed with the previously scheduled settlement conference before proceeding with the case management conference and hearings on the Court's order to show cause and Plaintiff's motion for certificate of appealability;

WHEREAS the Parties and Judge Grewal's chambers have determined that March 11, 2016 at 10:00 a.m. is the earliest mutually acceptable date for the settlement conference to proceed;

Therefore the Parties respectfully request:

1. That the Court refer this matter for settlement conference before Magistrate Judge Grewal on March 11, 2016 at 10:00 a.m.

2. That the hearings presently set for February 25, 2016 in the above-captioned matter be reset to the next convenient date.

3. The deadlines for submitting a Joint Case Management Statement and written response to the Court's Order to Show Case, ECF No. 29, be reset accordingly.

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 3:15-cv-03997-JST

So stipulated

COMPUTERLAW GROUP LLP

Dated: February 4, 2016    By:    __/s/ *Christopher Sargent*__
Jack Russo
Christopher Sargent
Attorneys for Plaintiff SWIPE & BITE, INC.

MAURIEL KAPOUYTIAN WOODS LLP

Dated: February 4, 2016    By:    __/s/ *Jason Bartlett*___
Jason Bartlett
Attorneys for Defendant/Counterclaimant WILLIAM CHOW

LAW OFFICES OF DAVID A. MAKMAN

Dated: February 4, 2016    By:    __/s/ *David Makman*____
David Makman
Attorneys for Defendant CHRISTOPHER TRINH

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 3:15-cv-03997-JST

**[PROPOSED] ORDER**

The case is referred to Magistrate Judge Grewal for the purpose of conducting a settlement conference to be completed on March 11, 2016 at 10:00 a.m.

The hearing on the Motion for Certificate of Appealability, hearing on the Order to Show Cause, and Case Management Conference set for February 25, 2016 are continued to April 14, 2016 at 2:00 p.m.

The parties are ordered to file a Joint Case Management Conference Statement and written response to the Court's Order to Show Cause (see ECF No. 29) by March 31, 2016.

IT IS SO ORDERED

Dated: February 5, 2016

IT IS SO ORDERED
Judge Jon S. Tigar

STIPULATION AND PROPOSED ORDER
CASE NO. 3:15-cv-03997-JST

Attestation Pursuant to Local Rule 5-1(i)(3)

I, Jason Bartlett, the filer whose ECF number is being used to file this Stipulation, attest that I have obtained concurrence in the filing of the document from signatories Christopher Sargent and David Makman, which shall serve in lieu of their signatures on the document.

Dated:  February 4, 2016

By: /s/ *Jason R. Bartlett*
Jason R. Bartlett

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 3:15-cv-03997-JST