UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWIPE & BITE, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM CHOW, et al.,<br><br>　　　　　Defendants. | Case No.  15-cv-03997-JST<br><br>**MINUTE ORDER NOTING STIPULATED JUDGMENT AND DISMISSAL**<br><br>Re: ECF No. 53 |

　　　　The parties participated in a settlement conference before Magistrate Judge Paul Grewal on March 11, 2016.  The parties settled the matter and agreed to dismiss the case with prejudice with each side to bear his or her own attorneys' fees and costs.  See ECF No. 53.  The stipulated judgment, at ECF No. 53, is signed by all parties who have appeared, and the parties have consented to the continuing jurisdiction of the Court to enforce the judgment.  Id.

　　　　Accordingly, this case has been dismissed with prejudice.  The Court shall retain jurisdiction of this action to enforce the judgment.

　　　　The Clerk shall close the file.

　　　　IT IS SO ORDERED.

Dated: March 14, 2016

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

United States District Court
Northern District of California